ORIGINAL

FILED

08/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0477

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 23-0477

SEAN DEAN OGLE,

      Petitioner,

    v.

PETE BLUDWORTH, Warden,
Crossroads Correctional Center,

      Respondent.

FILED

AUG 3 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Sean Dean Ogle has filed several attachments along with a Petition for Writ of Habeas Corpus, indicating that he is entitled to good time that is not credited against his sentence as well as additional jail time credit. He contends that his incarceration is illegal because of an improper discharge date for his custodial sentence. We observe that, in March 2022, the Lake County District Court amended its December 15, 2021 Judgment with an additional twenty-two days of credit for time served. Upon review, we deem it appropriate to require a response to Ogle's Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Sean Dean Ogle personally.

DATED this 30th day of August, 2023.

_____
Justice